1:24-cr-00016-LEW-02

### Synopsis

| | |
|---|---|
| **Name:** | Jenna Garniss |
| **Address:** (City & State Only) | Ellsworth/ME |
| **Year of Birth and Age:** | 1992/32 |
| **Violations:** | **Count 1:** Conspiracy to distribute and possession with intent to distribute a mixture or substance containing methamphetamine. See: 21 U.S.C. §846; 841(b)(1)(C)<br><br>**Count 2:** Conspiracy to Commit Money Laundering. See 18 U.S.C. §1956(h) |
| **Penalties:** | **Count 1:** Up to 20 years imprisonment, a $1,000,000 fine, or both. See 21 U.S.C. §841(b)(1)(C)<br><br>**Count 2:** Up to 20 years imprisonment, a fine of $500,000, or both. See 18 U.S.C. §1956(a)(B)(ii) |
| **Supervised Release:** | **Count 1:** At least three years and up to life. See 21 U.S.C. §841(b)(1)(C)<br><br>**Count 2:** Not more than three years. See 18 U.S.C §3553(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1 and 2:** Not more than two years. See 18 U.S.C. §3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** Up to life, less any term of imprisonment. See 18 U.S.C. §3583(h)<br><br>**Count 2:** Three years, less any term of imprisonment. See 18 U.S.C. §3583(h) |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | FBI/Erika Jensen |
| **Detention Status:** | Arrest warrant to issue |
| **Foreign National:** | No |

*Stamp: SECRET; RECEIVED & FILED 2024 FEB 14 P 5:43; DEPUTY CLERK*

| Foreign Consular Notification Provided: | N/A |
|---|---|
| County: | Hancock |
| AUSA: | Raphaelle A. Silver |
| Guidelines apply? Y/N | Yes |
| Victim Case: | No |
| Corporate Victims Owed Restitution? Y/N | N/A |
| Assessments: | $100.00 |